No. 987, Misc. HODGE v. RUSSELL, WARDEN. C. A. 6th Cir. Certiorari denied. *David M. Pack,* Attorney General of Tennessee, for respondent.

No. 991, Misc. LEIKETT v. COX, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 1009, Misc. DAY v. PAGE, WARDEN. C. A. 10th Cir. Certiorari denied. 

No. 1032, Misc. KING ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *William Earl Badgett* for petitioners. *Solicitor General Griswold* for the United States. 

No. 1060, Misc. WADE v. YEAGER, PRINCIPAL KEEPER. C. A. 3d Cir. Certiorari denied. *John G. Thevos* for respondent. 

No. 999, Misc. HARRISON v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition. *Alfred V. J. Prather* for petitioner. *Solicitor General Griswold* for the United States. 

No. 335, Misc. GEORGE ET UX. v. BERTRAND ET AL. Sup. Ct. La. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Camille F. Gravel, Jr.,* for petitioners. *Hopkins P. Breazeale, Jr.,* for respondents Bulk Transport, Inc., et al.

No. 797, Misc. CROSS v. MUNICIPAL COURT OF SAN FRANCISCO ET AL. C. A. 9th Cir. Certiorari and other relief denied.